IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES LEE HUMBLE, JR.                                                                     PLAINTIFF

VS.                             CASE NO. 1:17CV00012 BSM/PSH

SHONDRA SIMS-TAYLOR, ANGELA
ROBINSON, JOHN DOE, HEITH
FREDRICK HOGAN, DOUG DIKON,
and WENDY KELLY                                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff James Lee Humble, Jr. filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on March 6, 2017 (Doc. No. 2). He filed an amended complaint on March 16, 2017 (Doc. No. 3). On April 19, 2017, the Court entered an order directing Humble to file an amended complaint. Doc. No. 4. Humble was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Humble has not complied or otherwise responded to the April 19 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Humble's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE