IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES LEE HUMBLE, JR.**                                                                 **PLAINTIFF**

v.                              **CASE NO. 1:17-CV-00012 BSM**

**SHONDRA SIMS-TAYLOR, ANGELA
ROBINSON, JOHN DOE, HEITH
FREDRICK HOGAN, DOUG DIKON,
and WENDY KELLY**                                                                         **DEFENDANTS**

### ORDER

The proposed findings and recommendations [Doc. No. 5] submitted by United States Magistrate Judge Patricia S. Harris have been received. Plaintiff James Humble has not submitted objections. After careful review, the proposed findings and recommendations are adopted in their entirety, and this case is dismissed without prejudice for failure to prosecute. It is certified that an *in forma pauperis* appeal from the order and judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE